JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RICARDO SANCHEZ, | Case No.: 2:21-cv-09683-JDE |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the parties' Stipulation (Dkt. 25), the above captioned matter is ordered DISMISSED with prejudice, with each party to bear its own fees, costs, and expenses.

DATED: September 23, 2022

_____
JOHN D. EARLY
United States Magistrate Judge